**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: LINDA D. GUY
AND WALTER J. GUY**                                                                  **CHAPTER 7**

**DEBTORS**                                                                          **CASE NO.  16-12862 JDW**

**MOTION TO ALLOW WITHDRAWAL OF
REAFFIRMATION AGREEMENTS [DOCKET NO. 10 & 11]**

   COME NOW, Debtors by and through their attorney of record, and request the Court allow withdrawal of their Reaffirmation Agreements with Bank of Holly Springs [docket no. 10 and 11]. The Debtors no longer desires to reaffirmation the loans as structured.

   WHEREFORE, PREMISES CONSIDERED, Debtors move this Honorable Court to enter an order allowing Withdrawal of Reaffirmation Agreement.

                                               RESPECTFULLY SUBMITTED,
                                               /s/Robert H. Lomenick
                                               KAREN B. SCHNELLER, MSB#6558
                                               ROBERT H. LOMENICK, MSB #104186
                                               SCHNELLER & LOMENICK, P.A.
                                               126 North Spring Street
                                               Post Office Box 417
                                               Holly Springs, MS 38635
                                               (662) 252-3224
                                               karen.schneller@gmail.com
                                               rlomenick@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Karen B. Schneller, Attorney for Debtor, does hereby certify that I have this day forwarded with my electronic means or mailed postage prepaid a true and correct copy of the above and foregoing Motion to Withdraw to the following:

**Bank of Holly Springs**
**Post Office Box 250**
**Holly Springs, MS 38635**

**Hon. Stephen P. Livingston**
**Chapter 7 Trustee**
**P. O. Box 729**
**New Albany, MS 38652**

**U. S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

      This the 9th day of December, 2016

                                                    /s/Robert H. Lomenick
                                                    KAREN B. SCHNELLER
                                                    ROBERT H. LOMENICK